CRAWLEY, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(C), AR.App. P.; Christian v. Kenneth Chandler Constr. Co., 658 So.2d 408 (Ala.1995); Graveman v. Wind Drift Owners’ Ass'n Inc., 607 So.2d 199 (Ala.1992); Bryant v. Morley, 406 So.2d 394 (Ala.1981); and Thrasher v. Thrasher, 674 So.2d 595 (Ala.Civ.App.1995).
ROBERTSON, P.J., and YATES and MONROE, JJ., concur.
THOMPSON, J., dissents.